Submitted on record and briefs August 15, reversed October 3, 2001

In the Matter of Lillie Jackson,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## LILLIE JACKSON,
*Appellant.*

0011-72857; A112707

33 P3d 376

Thomas A. Coleman submitted the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, submitted the brief for respondent.

Before Armstrong, Presiding Judge, and Edmonds* and Kistler, Judges.

PER CURIAM

---

\* Edmonds, J., *vice* Warren, S. J.

**PER CURIAM**

Appellant seeks review of an order finding that she suffers from a mental illness and committing her to the custody of the Mental Health Division. She argues, and the state concedes, that there is insufficient evidence in the record to establish that she is mentally ill within the meaning of ORS 426.005(1)(d). On *de novo* review, we accept the state's concession.

Reversed.